JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL LEONARD LOVATO,<br><br>    Defendant. | ) No. CR-S-10-437-WBS<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE SENTENCING<br>)<br>) Date: March 18, 2013<br>) Time: 9:30 a.m.<br>) Judge: Honorable William B. Shubb<br>) |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., that the sentencing presently set for March 4, 2013 be **continued to March 18, 2013 at 9:30 a.m.**, thus **vacating** the presently set sentencing date. The continuance is needed to allow the parties additional time to prepare and submit documents relevant to sentencing to the court.

IT IS SO STIPULATED.

Dated: February 28, 2013    　　　　　　　　　　　/s/ John R. Manning
　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. MANNING
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Michael Leonard Lovato

Dated: February 28, 2013

Benjamin B. Wagner
United States Attorney

by:   /s/  Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 27th day of February, 2013.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE